IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | : | Chapter: | 13 |
| Daniel K. Palmer aka Daniel Kevin Palmer, Megan S. Palmer aka Megan Sue Palmer Debtors | : | Case No. | 5:14-bk-02419-JJT |
| Nationstar Mortgage, LLC Movant vs. Daniel K. Palmer aka Daniel Kevin Palmer, Megan S. Palmer aka Megan Sue Palmer Respondents | : | Document No. | Relief of stay |
| | : | Judge John J. Thomas | |

## ANSWER OF DEBTORS TO MOTION OF NATIONSTAR MORTGAGE, LLC. FOR RELIEF FROM AUTOMATIC STAY

AND NOW COMES, the above Debtors by their attorneys, Doran & Doran, P.C. and responds to the Motion of Nationstar Mortgage LLC for relief of stay as follows:

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Denied in part. Although the Debtors admit that there is a post-petition mortgage delinquency, proof of the exact months and amounts owed are demanded.
7. Denied in part. Although the Debtors admit there is some post-petition arrearage, proof of the amount is demanded. The Debtors would like to go into a loan modification to resolve any arrears and make the home more affordable in the future.
8. Admitted.
9. Denied. It is denied that the amount of legal fees indicated is warranted.

10. Denied. The Debtors do not know what the allegations are referring to.

**WHEREFORE**, the Debtors requests that the Motion for relief be denied except to the extent necessary to allow the Movant and Debtors to negotiate a Loan Modification.

**DORAN & DORAN, P.C.**

BY: _____
LISA M. DORAN, ESQUIRE
Attorneys for Debtors
69 Public Square, Ste. 700
Wilkes-Barre, PA 18701
570-823-9111 *** Fax 570-829-3222
ldoran@dorananddoran.com

Dated: 5-11-2018

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : Chapter: | 13 |
| Daniel K. Palmer aka Daniel Kevin Palmer, Megan S. Palmer aka Megan Sue Palmer Debtors | : Case No. | 5:14-bk-02419-JJT |
| Nationstar Mortgage, LLC Movant vs. | : Document No. | Relief of stay |
| Daniel K. Palmer aka Daniel Kevin Palmer, Megan S. Palmer aka Megan Sue Palmer Respondents | : Judge John J. Thomas | |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on 5-11-2018 a copy of the *Response of Debtors to Motion of Nationstar Mortgage, LLC, for Relief from Automatic Stay* is served electronically on the parties shown below upon filing:

James Warmbrodt, attorney for Nationstar Mortgage   bkgroup@kmllawgroup.com

Charles J. DeHart, III, Trustee – dehartstaff@pamd13trustee.com,   TFecf@pamd13trustee.com

United States Trustee - ustpregion03.ha.ecf@usdoj.gov

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 5-11-2018

Name: /s/ *Lisa M. Doran*
Doran & Doran, P.C.
69 Public Square – Ste 700
Wilkes Barre, PA 18702