# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Daniel K. Palmer aka Daniel Kevin Palmer<br>Megan S. Palmer aka Megan Sue Palmer<br>           Debtor(s) | CHAPTER 13 |
| NATIONSTAR MORTGAGE LLC, its successors and/or assigns<br>           Movant<br>   vs. | NO. 14-02419 JJT |
| Daniel K. Palmer aka Daniel Kevin Palmer<br>Megan S. Palmer aka Megan Sue Palmer<br>           Debtor(s)<br>Charles J. DeHart, III Esq.<br>           Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Notice of Postpetition Mortgage Fees, Expenses, and Charges of NATIONSTAR MORTGAGE LLC, which was filed with the Court on or about **6/18/2018**.

            Respectfully submitted,

            **/s/ James C. Warmbrodt, Esquire**
            James C. Warmbrodt, Esquire
            KML Law Group, P.C.
            BNY Mellon Independence Center
            701 Market Street, Suite 5000
            Philadelphia, PA  19106
            412-430-3594

June 18, 2018